**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-7826

---

ELRIDGE V. HILLS,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
JON E. OZMINT, Director of SCDC; GARY A. BOYD,
Director of Inmate Services; DAVID M.
TATARSKY, Deputy General Counsel; MARY
COLEMAN, Inmate Grievance Branch Chief; BETTY
ROBINSON, Administrative Coordinator of
Program Services; OSCAR A. FAULKENBERRY,
Warden Kershaw Correctional Institution;
CALVIN ANTHONY, Lee Correctional Institution;
CHARLES BURTON, Lee Correctional Institution
Associate Warden; NFN ADAMS, Kershaw
Correctional Institution Officer; BARBARA
RICKETSON, Lee Correctional Institution
Mailroom Clerk; DONNA MITCHELL, Lee
Correctional Institution Institutional Inmate
Grievance Coordinator formerly Kershaw
Correctional Institution's Inmate Grievance
Coordinator; DONALD DEASE, Former
Institutional Division II Director; GARY D.
MAYNARD, Former SCDC Director; JOHN LANE,
Former Kershaw Correctional Institution
Mailroom Supervisor; NIKKI MCCOUGAR, Former
Kershaw Correctional Institution Mailroom
Clerk; SHARI HINSON, Kershaw Correctional
Institution Mailroom Clerk; TONY L. STRAWHORN,
Program Services Deputy Director; WILLIAM L.
EAGLETON, Program Services Deputy Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Joseph F. Anderson, Jr., Chief District Judge.  (4:05-cv-00319)

Submitted: February 15, 2007          Decided:  February 23, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eldridge V. Hills, Appellant Pro Se. Roy F. Laney, Nikole Deanna Haltiwanger, Thomas Lowndes Pope, RILEY POPE & LANEY, LLC, Columbia, South Carolina, for Appellees

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elridge V. Hills appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hills v. South Carolina Dep't of Corr., No. 4:05-cv-00319 (D.S.C. Sept. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED